UNITED STATES DISTRICT COURT
District of Massachusetts

| | | |
|---|---|---|
| **DIRECTV, Inc.** | ) | Case No.: **03cv12395-PBS** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) | **WITHOUT PREJUDICE** |
| | ) | |
| **Andrew Trinh** | ) | |
| | ) | |
| Defendant | ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

4/6/04
Date

John M. McLaughlin
MCLAUGHLIN SACKS
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this ___6___ day of _____, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Andrew Trinh
10 McGreevey Way Apt C
Roxbury Xing, MA 02120

John M. McLaughlin, Esq.